IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED PETROLEUM TRUCK STOP; RAKESH SEHGAL, an individual; and SEHGAL, INC., a California corporation,<br><br>        Defendants. | NO. CIV. S-04-1992 GEB PAN<br><br><br><br><br><br><br>ORDER |

Plaintiffs' counsel filed a unilateral status report <u>one day late</u>, wherein Plaintiffs request continuance of the Status Conference now scheduled for June 20, 2005. Plaintiffs are warned that a filing deadline prescribed in a Rule 16 Order should not be disregarded. Plaintiffs and their counsel risk having to respond to an Order to Show Cause regarding sanctions when they fail to comply with ordered deadlines.

The status conference is rescheduled for hearing on August 29, 2005, at 9:00 a.m. **Plaintiffs are required to file a**

1

1 **status report no later than fourteen (14) days prior to the scheduling**
2 **conference.**
3         IT IS SO ORDERED.
4 Dated:  June 9, 2005

6                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge