UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED PETROLEUM TRUCK STOP; RAKESH SEHGAL, an individual; and SEHGAL, INC., a California corporation,<br><br>　　　　　　　　Defendants. | CIV. S-04-1992 GEB PAN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　Plaintiff's Status Report, filed on August 15, 2005, reveals that the Magistrate Judge has submitted matters for decision. Therefore, the Status (Pretrial Scheduling) Conference set for August 29, 2005, is continued to October 31, 2005, at 9:00 a.m. Plaintiffs shall file a status report no later than October 17, 2005, in which Plaintiffs are only required to explain the above referenced submitted matters.

　　　　IT IS SO ORDERED.

Dated:　August 19, 2005

　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28