UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,

                Plaintiffs,

   v.

UNITED PETROLEUM TRUCK STOP; RAKESH SEHGAL, an individual; and SEHGAL, INC., a California corporation,

                Defendants.

CIV. S-04-1992 GEB PAN

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        Plaintiff's Status Report, filed on October 16, 2005, reveals that the Magistrate Judge has submitted matters for decision. Therefore, the Status (Pretrial Scheduling) Conference set for October 31, 2005, is continued to March 6, 2006, at 9:00 a.m.  Plaintiffs shall file a status report no later than February 21, 2006, in which Plaintiffs are only required to explain the above referenced submitted matters.

        IT IS SO ORDERED.

DATED: October 20, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge